UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00241 SI |
| v. | INFORMATION |
| WYATT ASH-MILBY, | 41 C.F.R. § 102-74.385 |
| | 41 C.F.R. § 102-74.390 |
| Defendant. | 40 U.S.C. § 1315 |

THE UNITED STATES ATTORNEY CHARGES:.

**COUNT 1**
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102-74.385)**

On or about July 21, 2020, in the District of Oregon, defendant **WYATT ASH-MILBY** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse, and failed to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

/ / / /

/ / / /

## COUNT 2
### (Disorderly Conduct on Federal Property)
### (41 C.F.R. § 102-74.390)

On or about July 21, 2020, in the District of Oregon, defendant **WYATT ASH-MILBY** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse, and did exhibit disorderly conduct and exhibit conduct on the property that unreasonably obstructed the usual use of entrances and impeded and disrupted Government employees from the performance of their official duties;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.390, a class C misdemeanor.

Dated: July 21, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_/s/ Paul T. Maloney_
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney