BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00241-SI |
| v. | **MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **WYATT ASH-MILBY,** | |
| Defendant. | |

 The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Information filed July 21, 2020, charging defendant with Failing to Obey a Lawful Order.

 The government seeks this dismissal in the interests of justice.

Dated: January 22, 2021        Respectfully submitted,

                 BILLY J. WILLIAMS
                 United States Attorney

                 *s/ Parakram Singh*
                 PARAKRAM SINGH, OSB #134871
                 Assistant United States Attorney